No. D–2291. IN RE DISCIPLINE OF BAILEY. F. Lee Bailey, of West Palm Beach, Fla., is suspended from the practice of law in

this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.